# UNITED STATES DISTRICT COURT
## UNITED STATES PROBATION OFFICE
### WESTERN DISTRICT OF LOUISIANA

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 1 5 2025

DANIEL J. McCOY, CLERK

BY:_____

CLINT K. MITCHELL
CHIEF PROBATION OFFICER

U.S. PROBATION OFFICE
201 Jackson St., Ste. 304
MONROE, LA 71210-3284

**Please reply to:**
**SHREVEPORT, LA**
(318)676-3295    FAX:(318)676-3288

TOM STAGG U.S. COURT HOUSE, SUITE 2202
300 FANNIN STREET
SHREVEPORT, LA 71101-3082

800 LAFAYETTE STREET, SUITE 2400
LAFAYETTE, LA 70501

POST OFFICE BOX 889
ALEXANDRIA, LA 71309-0889

611 BROAD STREET, ROOM 178
LAKE CHARLES, LA 70601

July 14, 2025

The Honorable Mark L. Hornsby
U.S. Magistrate Judge
300 Fannin Street, Suite 4300
Shreveport, LA 71101

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**Aug 06, 2025**

Tammy H. Downs, Clerk
By: KristyRochelle D.C.

DEP CLERK

**RE:    Merrill, Nathan T.**
**Dkt. No. 5:24-CR-00143-01**
**Violation Report – Summons Requested**

Case No. 4:25-mj-00176 BBM-1

Dear Judge Hornsby:

Attached, please find a report of violation on the above-referenced individual as he has failed to comply with special conditions as ordered by the Court.

Should Your Honor have any questions or disagree with this course of action, please advise.

Respectfully submitted,

Jennifer L. DeMoss
U.S. Probation Officer

Reviewed and approved:

Coleettra L. Milhouse          Date  7/14/25
Supervision U.S. Probation Officer

Enclosures

# NORTH LITTLE ROCK ARREST/DISPOSITION REPORT

| DEFENDANT IDENTIFICATION | Arresting Agency Name: **NORTH LITTLE ROCK POLICE** | NCIC Code: **AR0600300** |
|---|---|---|

| Name: | Last MERRILL | First NATHAN | Middle THOMAS |
|---|---|---|---|

Aliases:

| Street Address: 3900 MCCAIN PARK DR | Phone No. ▮▮▮▮ |
|---|---|
| City & State: NLR, AR | Zip: 72116 |

| F.B.I No. | State I.D. No. | |
|---|---|---|
| Social Security No. | Driver License No./State ▮▮▮▮ | Local I.D No. |

| Sex: | Race: ☒ White ☐ American Indian ☐ Black ☐ Asian or Pacific Islander ☐ Unknown | Ethnicity: ☐ Hispanic ☒ Not Hispanic | Date of Birth: 11/19/1998 | Age: 26 | Place of Birth: THOMPSOM, ME |
|---|---|---|---|---|---|
| ☒ M ☐ F | | | | | |

| Hair: BRN | Eyes: BRN | Weight: 145 | Height: 5'11" | Scars and Marks: N/A |
|---|---|---|---|---|

| Complexion: LIGHT | Build: LIGHT | Employer/Occupation: MCCLARTY NISSAN/PARTS ADVISOR |
|---|---|---|

| Name of Nearest Relative: THOMAS MERRILL(DAD) | Phone No. N/A |
|---|---|
| Street Address: 1818 MARS DR | City, State, Zip: BOSSIER CITY, LA |

## ARREST

| Place of Arrest: 3900 MCCAIN PARK DR B8A144 | Arresting Officers & Badge# T.LABIT 2317/ L.EDWARDS 0526 |
|---|---|

| Date of Arrest: 06/25/2025 | Time of Arrest: 06:45 | Bail Amount: 0 | Offense No. 2025-60841 | Agency Received From: NLRPD | Agency Transferred To: PCRDF |
|---|---|---|---|---|---|

| | SRN | Case/Docket No. | Statute No. | Counts | Charge Description | Law Enforcement | Date of Action |
|---|---|---|---|---|---|---|---|
| 1 | | | 5-26-305 | 1 | Domestic Battery 3rd | A-Misd | 06/25/2025 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

**Facts of Arrest (Explain in Detail)**    Fingerprint Card? ☐ Yes ☒ No    More Charges? ☐ Yes ☒ No

Ms. Katilynn Fullwood stated she arrived at her boyfriend's (Mr. Merrill) apartment at approximately 0630 hours. Ms. Fullwood stated Mr. Merrill was awake and she began arguing with him immediately. Ms. Fullwood stated she began the argument upon her arriving at the apartment. Ms. Fullwood stated Mr. Merrill began pushing and slapping her. Ms. Fullwood stated when Mr. Merrill would not stop, she threw a drink at him. Ms. Fullwood stated Mr. Merrill became more irate and began striking her multiple times in the face and neck area with closed fists and open hands. Ms. Fullwood stated Mr. Merrill threw her against the wall on at least two occasions causing abrasions on her shoulder area. Ms. Fullwood stated the physicality continued from the bedroom into the kitchen area where she was shoved onto the floor. Ms. Fullwood stated when the fighting had stopped, Mr. Merrill observed the bruising and marks on Ms. Fullwood and left the apartment immediately. Ms. Fullwood stated there is a current protection order in place. Ms. Fullwood stated Mr. Merrill comes and goes from the apartment from time to time. Ms. Fullwood stated the apartment is in Mr. Merrill's name and she has been residing at her mother's residence. Ms. Fullwood stated her pets are currently at Mr. Merrill's apartment as the reasoning of her returning to care for them. Ms. Fullwood has visible injuries and was complaining of pain from the altercation. Mr. Merrill was later located at another location, and was taken into custody and transported to PCSO regional detention.

| | Court Date: 07/15/2025 @ 09:30 | Court Trying Case: NLR Crim |
|---|---|---|
| Victim: Katilynn Fullwood   DOB: 10/24/1999 | Address ▮▮▮▮   Phone ▮▮▮▮ | Right Thumb Print |
| Witness: | Address   Phone | |
| Witness: | Address   Phone | |

JUN 25 2025

Approving Supervisor & Badge# Sgt. J.Forney/4057    Clear Form    Page 1 of 1

PROB 12C
REV (11/99)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA                CRIMINAL NO. 0536 5:24CR00143-01

VERSUS

NATHAN T. MERRILL                MAGISTRATE JUDGE MARK L. HORNSBY

* * * *
**ORDER**

Considering the recommendation of the Probation Officer on the Petition on Probation and Supervised Release,

**IT IS ORDERED** that a warrant be issued for NATHAN T. MERRILL to appear before the Court with counsel to show cause, if any he can, why his probation should not be revoked.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office be appointed to represent the offender in revocation proceedings before this Court.

**THUS, DONE AND SIGNED**, in Shreveport, Louisiana, this the 15th day of July 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge

**Defendant's Last Known Address(es):**

3900 McCain Park Drive
North Little Rock, AR 72116
Ph: 318-382-5403

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br>Nathan T Merrill (01) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  5:24-cr-00143-MLH |
| _____<br>*Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Nathan T Merrill (01) _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☑ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   See Petition

Date:    07/15/2025 _____

_____
*Issuing officer's signature*

City and state:    Shreveport, Louisiana _____

Jill Keller, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____         _____<br>                                         *Arresting officer's signature*<br><br>                                         _____<br>                                         *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Nathan T Merrill (01)

Known aliases:

Last known residence:    3900 McCain Park Drive, Little Rock, AR, 72116

Prior addresses to which defendant/offender may still have ties:

Last known employment:    McClarty Nissan

Last known telephone numbers:    318-382-5403

Place of birth:

Date of birth:    11/19/1998

Social Security number:    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

Height:    5'11"                          Weight:    145

Sex:    M                                Race:

Hair:    BRN                              Eyes:    BRN

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

CLOSED,CVB

# U.S. District Court
## Western District of Louisiana (Shreveport)
## CRIMINAL DOCKET FOR CASE #: 5:24-cr-00143-MLH-1

Case title: USA vs Merrill

Date Filed: 07/03/2024

Date Terminated: 07/18/2024

Assigned to: Magistrate Judge Mark L Hornsby

**Defendant (1)**

**Nathan T Merrill**
*TERMINATED: 07/18/2024*

represented by **Betty Lee Marak**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Fax: 318-676-3313
Email: betty_marak@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Charles H Kammer , III**
Federal Public Defenders Office (SHV)
300 Fannin St Ste 2199
Shreveport, LA 71101
318-676-3310
Email: pete_kammer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

TRAFFIC OFFENSES, 1st DWI
(E2079302)
(1)

**Disposition**

Defendant sentenced to 6 months
SUSPENDED

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**

**Disposition**

Possession of drug paraphernalia
(E2079301)
(2)

Disposition: US Attorney Request to
Dismiss(NC).

**Highest Offense Level (Terminated)**

Petty Offense

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **John S Odom** |
| | | Law Office of John S Odom Jr |
| | | P O Box 4563 |
| | | Shreveport, LA 71134 |
| | | 318-562-6652 |
| | | Email: john@jsodomlaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2024 | 1 | CITATION Issued as to Nathan T Merrill (1) count(s) 1. (Attachments: # 1 Original Ticket, # 2 Defendant Correspondence) (CVB Auto) (Additional attachment(s) added on 7/22/2024: # 3 Bill of Information) (Keller, J). (Entered: 07/03/2024) |
| 07/03/2024 | 2 | SET HEARINGS Initial Appearance set for 07/18/2024 09:00 AM in SPLA before Magistrate Judge Mark L Hornsby. (CVB Auto) (Entered: 07/03/2024) |
| 07/03/2024 | 3 | CITATION Issued as to Nathan T Merrill (1) count(s) 2. (Attachments: # 1 Original Ticket, # 2 Defendant Correspondence) (CVB Auto) (Entered: 07/03/2024) |
| 07/18/2024 | | FINAL JUDGMENT as to Nathan T Merrill (1), Count (1) Transferred to District Court(ND), Count (2) US Attorney Request to Dismiss(NC). Signed by Magistrate Judge Mark L Hornsby on 07/18/2024. (MLH) (Entered: 07/18/2024) |
| 07/18/2024 | 4 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby : Initial Appearance as to Nathan T Merrill (1) held on 07/18/2024. (MLH) (Entered: 07/18/2024) |
| 07/18/2024 | 5 | ELECTRONIC MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: PLEA AND SENTENCE HEARING held on 7/18/2024 Nathan T Merrill (1). Plea of guilty and sentencing on Count 1. Defendant sentenced to $475 fine, $25 special assessment. Fine and special assessment due within 90 days, or by October 20, 2024. Dismissed counts Count 2. (Court Reporter: LCR, Shreveport-Crtrm 3) (crt,Keller, J) (Entered: 07/22/2024) |
| 07/22/2024 | 6 | JUDGMENT as to Nathan T Merrill (1). Count 1: Defendant sentenced to 6 months SUSPENDED; Count 2: Dismissed. One year supervised release. $475 Fine and $25 |

| | | |
|---|---|---|
| | | Special Assessment due no later than 10/24/2024. Signed by Magistrate Judge Mark L Hornsby on 7/25/2024. (crt,Thomas, T) (Entered: 07/25/2024) |
| 01/13/2025 | 8 | PETITION for Warrant or Summons re Revocation of Supervised Probation for Nathan T Merrill (1) on Count 1 by U S Probation as to Nathan T Merrill (1). Motion Ripe Deadline set for 1/13/2025. See pdf image associated with Order. (crt,YocumSld, M) Modified to unseal docket entry on 2/13/2025 (YocumSld, M). (Entered: 01/14/2025) |
| 01/13/2025 | 9 | ORDER granting 8 Petition for Warrant or Summons re Revocation of Supervised Probation as to Nathan T Merrill (1). Summons to be issued. Signed by Magistrate Judge Mark L Hornsby. (Attachments: # 1 Exhibit) Copy forwarded to Atty J Odom, USM, and USPO via email on 01/14/2025. (crt,YocumSld, M) Modified to unseal docket entry and associated pdf image on 2/13/2025 (YocumSld, M). (Entered: 01/14/2025) |
| 01/13/2025 | 10 | SUMMONS Issued and filed under seal in case as to Nathan T Merrill (1). Initial Appearance on Revocation Proceedings set for 2/13/2025 at 9:00 AM in Shreveport, Courtroom 3 before Magistrate Judge Mark L Hornsby. (crt,YocumSld, M) (Entered: 01/14/2025) |
| 02/13/2025 | 11 | ORAL MOTION for Charles H Kammer, III to Enroll as Appointed Counsel by Nathan T Merrill (1). Motion Ripe Deadline set for 2/13/2025. (crt,YocumSld, M) (Entered: 02/13/2025) |
| 02/13/2025 | 12 | MINUTES for proceedings held before Magistrate Judge Mark L Hornsby: INITIAL APPEARANCE re Revocation of Supervised Probation as to Nathan T Merrill (1) held on 2/13/2025. ORAL ORDER granting 11 Motion to Enroll Charles H Kammer, III as Appointed Counsel for Nathan T Merrill (1). Defendant stipulated there is probable cause to believe he has violated the conditions of his supervised probation. The court extended his deadline to comply with the special conditions of supervision for 60 days. (Court Reporter: LCR, Shreveport-Crtrm 5) (crt,YocumSld, M) (Entered: 02/13/2025) |
| 02/24/2025 | 13 | SUMMONS Returned Executed on 01/29/2025 as to Nathan T Merrill (1). Access given to counsel for Nathan T Merrill (1), USA. (crt,YocumSld, M) (Entered: 02/24/2025) |
| 07/15/2025 | 14 | VIOLATION REPORT ON OFFENDER Under Supervision submitted by U S Probation as to Nathan T Merrill (1). (Attachments: # 1 Violation Report) (crt,YocumSld, M) (Entered: 07/16/2025) |